FILED

09/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0117

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## CAUSE NO. DA 21-0117

| | |
|---|---|
| HENRY AND DIANE BELK,<br><br>      Plaintiffs/Appellants,<br><br>v.<br><br>MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, an agency of the State of Montana, and GLACIER STONE SUPPLY, INC.,<br><br>      Defendants/Appellees,<br><br>STATE OF MONTANA by and through the Office of the Attorney General,<br><br>      Intervenor. | **ORDER GRANTING DEFENDANT/APPELLEE GLACIER STONE SUPPLY, LLC'S UNOPPOSED MOTION FOR EXTENSION** |

Upon consideration of Defendant/Appellee Glacier Stone Supply, LLC's unopposed motion seeking an extension of time, and for good cause, Defendant/Appellee Glacier Stone Supply, LLC is granted an extension of time of 30 days to file its response brief. Defendant/Appellee Glacier Stone Supply, LLC shall have up to October 12, 2021, in which to file its response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 10 2021